THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD PONTON, SR., *Individually*, RONALD PONTON, dba MEXICO MOVING COMPANY, and TOMIKA PONTON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | CASE NO.: 2:24-CV-00248-RAJ<br><br>**DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING MANDATORY INDIVIDUAL ARBITRATION (DKT. 26)** |

Defendants JPMorgan Chase Bank, N.A. ("Chase") and JPMorgan Chase & Co. ("JPM," and with Chase, "Defendants"), submit this Reply to the Opposition filed by plaintiffs Ronald Ponton, Sr., Ronald Ponton DBA Mexico Moving Company, and Tomika Ponton (collectively, "Plaintiffs" or the "Pontons") to Defendants' Motion to Stay Proceedings Pending Mandatory Individual Arbitration (Dkt. 26) (the "Motion").

By this Reply, and in light of Plaintiffs' First Amended Complaint (Dkt. 35) which removed all class-related allegations and made clear Plaintiffs are now pursuing their claims individually (and no longer as a putative class action), Defendants hereby withdraw their Motion, while at the same time expressly reserving all of their contractual and legal rights to renew the Motion, in whole or in part, should Plaintiffs seek leave from the Court to amend their First

DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING
MANDATORY INDIVIDUAL ARBITRATION - 1
CASE NO. 2:24-CV-00248-RAJ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Amended Complaint to reassert new or different claims or allegations, including any claims or allegations purporting to proceed on behalf of a putative class or otherwise suggesting that this case should be a putative class action.

By way of background, Plaintiffs' original pleading, styled as a "CLASS ACTION COMPLAINT," brought seven causes of action against Defendants on behalf of a putative Texas Class, a putative Illinois Class, and a putative Nationwide Class, as all such putative classes were defined in that Complaint. *See* Dkt. 1 at ¶¶ 59-161. In light of, among other things, Plaintiffs' class-based allegations and indication that they sought to proceed as a class action, Defendants filed the Motion on May 31, 2024. *See* Dkt. Nos. 26 to 31-1. In their Motion, Defendants argued that arbitration must not only be compelled, but must proceed on an individual basis, given the class action waivers to which Plaintiffs agreed in the Deposit Account Agreement. *See* Dkt. 26 at 5-6, 19-20. Plaintiffs filed their First Amended Complaint on June 21, 2024. *See* Dkt. 35. A redline of the First Amended Complaint as against the original Complaint is annexed hereto as Exhibit A. That redline makes clear that Plaintiffs have voluntarily omitted all of their class-based allegations and are now proceeding only on an individual basis. *See id. generally*.

In reliance upon and solely due to the Plaintiffs' recent decision to proceed on an individual basis (and not as a putative class action), Defendants hereby withdraw their Motion without prejudice to renew it. In doing so, Defendants do not in any way concede the merit of any arguments raised in Plaintiffs' opposition to the Motion (*see* Dkt. 36) or the allegations in the First Amended Complaint. As noted above, Defendants expressly reserve their rights to renew the Motion should Defendants later seek to amend the First Amended Complaint, including if they seek to again assert class-based allegations or to otherwise proceed on behalf of any putative class.

//
//

DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING MANDATORY INDIVIDUAL ARBITRATION - 2
CASE NO. 2:24-CV-00248-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED this 25th day of June, 2024.

        LANE POWELL PC

        By: *s/ Pilar C. French*
            John S. Devlin III, WSBA No. 23988
            Pilar C. French, WSBA No. 33300
            1420 Fifth Avenue, Suite 4200
            P.O. Box 91302
            Seattle, Washington 98111-9402
            Telephone: 206.223.7000
            devlinj@lanepowell.com
            frenchp@lanepowell.com

        GREENBERG TRAURIG LLP

        By: *s/ Michael Cedillos*
            Michael Cedillos (*pro hac vice*)
            IL Bar. 6296052, CA Bar 284794
            77 W. Wacker Drive, Suite 3100
            Chicago, Illinois 60601
            Telephone: 312-456-8400
            Fax: 312-456-8435
            cedillosm@gtlaw.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

I certify that this memorandum contains 466 words, in compliance with the Local Civil Rules.

DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING
MANDATORY INDIVIDUAL ARBITRATION - 3
CASE NO. 2:24-CV-00248-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107