# United States District Court

## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

RONALD PONTON, SR., *et al.*,

               Plaintiffs,

    v.

JPMORGAN CHASE & CO., *et al.*,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 2:24-cv-00248-RAJ

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    Judgment is entered in favor of Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank N.A., against Plaintiffs Ronald Ponton, Sr. and Tomika Ponton.

    DATED this 3rd day of January, 2025.

               RAVI SUBRAMANIAN,
               Clerk of the Court

               By:   */s/ Victoria Ericksen*
                        Deputy Clerk